GUSTAV W. EYLER
Director, Consumer Protection Branch
LINDA I. MARKS (SBN 098761)
Senior Litigation Counsel
U.S. Department of Justice
Consumer Protection Branch
    450 Fifth Street, NW, Suite 6400S
    Washington, D.C.  20001
    Telephone: (202) 307-0060
    Facsimile: (202) 514-8742
    Email:  Linda.Marks@usdoj.gov
NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
DAVID K. BARRETT, AUSA
Chief, Civil Fraud Section
LISA A. PALOMBO, AUSA (SBN 169119)
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4042
    Facsimile: (213) 894-7819
    E-mail: Lisa.Palombo@usdoj.gov

Attorneys for Plaintiff United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> OVNAN CHALIKYAN, individually, <br><br> Defendant. | No. 2:20-cv-04211 RGK-MRW <br><br> [~~PROPOSED~~] STIPULATED ORDER FOR PERMANENT INJUNCTION AND FINAL JUDGMENT |

Plaintiff United States of America (the "United States") commenced this action against defendant Ovnan Chalikyan ("Defendant") by filing a civil Complaint seeking an injunction pursuant to 18 U.S.C. § 1345 and the Court's equitable powers. The United States and Defendant stipulated to the entry of a Stipulated Order for Permanent Injunction ("Order"), lodged concurrently with this Stipulation, with the terms and provisions below to resolve the claims in the Complaint. Defendant, *pro se*, enters in to this Stipulation freely and without coercion and acknowledges that Defendant has read the provisions of the Order, understands them, and is prepared to abide by them. Defendant waives service of the Complaint and Summons.

**NOW, THEREFORE,** it is ORDERED as follows:

I. **FINDINGS**

Plaintiff and Defendant stipulate to the following findings:

A. This Court has jurisdiction over this matter and the parties pursuant to 18 U.S.C. § 1345 and 28 U.S.C. §§ 1331 and 1345. Venue is proper in this District under 28 U.S.C. § 1391(b)(1) and (2) because the defendant resides in this district and because a substantial part of the events or omissions giving rise to the claims alleged in the Complaint occurred in this district.

B. The United States seeks injunctive relief pursuant to 18 U.S.C. § 1345.

C. This Stipulation is neither an admission of liability by Defendant, nor a concession by the United States that its claims are not well founded. Only for purposes of this action, Defendant admits that the Court has jurisdiction as to Defendant and as to this action.

II. **DEFINITIONS**

For purposes of this Order, the following definitions apply:

A. "Defendant" means Ovnan Chalikyan.

B. "Person" means an individual, a corporation, a partnership, or any other entity.

C. "Funds" include any currency, check, money order, stored value card, stored value card numbers, bank wire transmission or other monetary value.

D. "Prize promotion fraud" means a plan, program, promotion, or campaign that is conducted to mislead a prospective victim or victims to believe that they have won, or may or will win or receive, a sweepstakes, contest, lottery, prize, inheritance, money, property, or other thing of value, contingent on the victim providing, or providing a means of accessing or obtaining, any fee.

E. "Money transmitting business" refers to a person who, for a fee or other remuneration, receives funds from one person for the purpose of transmitting the funds, or providing access to the funds, to another person.

F. "Fee" refers to a payment or compensation of any kind regardless of how the payment or compensation is labeled, including but not limited to processing fees, service fees, expediting fees, purchase fees, nominal fees, symbolic payments, gifts, and gratuities.

## III. PROHIBITED CONDUCT

**IT IS ORDERED** that Defendant is **PERMANENTLY PROHIBITED, RESTRAINED**, and **ENJOINED** from, directly or indirectly, engaging, participating or assisting in any prize promotion fraud and money transmitting business.

## IV. ORDER ACKNOWLEDGEMENTS

**IT IS FURTHER ORDERED** that within five (5) days after entry of this Order, the Defendant is ordered to submit to Postal Inspector Sandra Stewart a written acknowledgement of receipt of this Order sworn under penalty of perjury. The statement shall be addressed to:

Case 2:20-cv-04211-RGK-MRW Document 6 Filed 06/16/20 Page 3 of 5 Page ID #:22

3

U.S. Postal Inspector Sandra Stewart

U.S. Postal Inspection Service

Los Angeles Division

P.O. Box 2000

Pasadena, CA 91102

## V. MODIFICATION OF THE ORDER

This Order shall not be modified except in writing by Plaintiff and the Defendant and approved by the Court.

## VI. RETENTION OF JURISDICTION

**IT IS FURTHER ORDERED** that this Court retains exclusive jurisdiction of this matter for purposes of construction, modification, and enforcement of this Order.

SO STIPULATED AND AGREED:

FOR PLAINTIFF UNITED STATES OF AMERICA

**GUSTAV W. EYLER**
Director, Consumer Protection Branch


/s/ Linda I. Marks                                    Date: _____

**LINDA I. MARKS** (SBN 098761)
Senior Litigation Counsel
U.S. Department of Justice
Consumer Protection Branch
450 Fifth Street, NW, Suite 6400S
Washington, D.C. 20001
Telephone: (202) 307-0060
Facsimile: (202) 514-8742
Email: Linda.Marks@usdoj.gov

1 | FOR DEFENDANT OVNAN CHALIKYAN

Date: 02-06-2020

8 | SO ORDERED:

Dated: June 16, 2020

_____
UNITED STATES DISTRICT JUDGE

5